```
                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
                                   AT SEATTLE
```

| | |
|---|---|
| RICHARD ROY SCOTT, | CASE NO. C12-725 RAJ-MAT |
| Plaintiff, | ORDER PERMITTING CASE TO PROCEED |
| v. | |
| KING COUNTY, | |
| Defendant. | |

This matter comes before the Court *sua sponte*. On April 5, 2005, the United States District Court judges who sit in Tacoma entered an order dismissing a number of Plaintiff's causes of action and barring future litigation unless Plaintiff provides a signed affidavit, along with the proposed complaint, "verifying under penalty of perjury that none of the issues raised in the proposed complaint have been litigated in the past by the plaintiff." Scott v. Seling, C04-5147RJB, Dkt. # 170 at 4. On April 25, 2012, the Clerk of Court received a complaint from Mr. Scott in the above-entitled matter. The documents have been forwarded to the undersigned for review.

Pursuant to the terms of the bar order concerning Plaintiff, he has submitted a signed declaration verifying that none of the issues raised in the proposed complaint have been litigated by him previously. Under the circumstances, the Court has no alternative but to permit him to proceed with this litigation.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated this 24th day of May, 2012.

Marsha J. Pechman
Chief United States District Judge